# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WAYNE BOSTWICK,

    Plaintiff,

v.                           Case No. 08-C-756

NCS CORP and BRANDON E. BOWLIN,

    Defendants.

## ORDER

Pro se Plaintiff Wayne Bostwick filed a Complaint against Defendants NCS Corp and Brandon E. Bowlin, et al. The Complaint filed by Bostwick fails to state a claim upon which relief can be granted. In fact, it appears to be a response to a motion filed in a state case pending in Oconto County Circuit Court. In any event, there is no statement of a claim over which federal jurisdiction would lie. Accordingly, the action is summarily dismissed and the clerk is directed to enter Judgment forthwith.

**SO ORDERED** this   9th   day of September, 2008.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge